996 F.2d 316
 U.S.
v.
Medlin (Walter L.), Cheyenne Social Club, SST Air & Auto
Museum, Inc., National Land & Investment Corp.,
International Land and Investment Corp., Florida Land and
Investment Co., Majestic Oaks, Inc., Island Living, Inc.,
Orlando Land and Investment Co., Monarch Realty, Inc.,
Frank's Corner, Inc., Central Florida Transportation Museum,
Inc., Walton Investment Co., Michigan Avenue Car Wash,
Neptune Four Ltd., Discount Mowing, Inc., Sports Pix News,
Inc., Florida
 NO. 92-2140
 United States Court of Appeals,
Eleventh Circuit.
 June 23, 1993
 M.D.Fla., 986 F.2d 463
 
 1
 DENIALS OF REHEARING EN BANC.